Case 1:26-cv-22906-CMA   Document 3   Entered on FLSD Docket 04/27/2026   Page 1 of 1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida   ▼

| | |
|---|---|
| Stephen M. Cody, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Village of Palmetto Bay, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:26-cv-22906-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Village of Palmetto Bay
Village Hall
9705 East Hibiscus Street
Palmetto Bay, FL 33157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nicholas Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____ Apr 27, 2026 _____

Angela E. Noble
Clerk of Court

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Case 1:26-cv-22906-XXXX   Document 1-2   Entered on FLSD Docket 04/27/2026   Page 2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-22906

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Village of Palmetto Bay

was received by me on *(date)*   4/27/2026                 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Missy Arocha, Village Clerk   , who is
designated by law to accept service of process on behalf of *(name of organization)*
Village of Palmetto Bay   on *(date)*  4/27/2026   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  30.57   for travel and $   0.00   for services, for a total of $   30.57   .

I declare under penalty of perjury that this information is true.

Date: 4/27/2026

_____
*Server's signature*

Caroline McNamara, Senior Staff Attorney
_____
*Printed name and title*

ACLU Foundation of Florida
4343 West Flager Street, Suite 400
Miami, FL 33134
_____
*Server's address*

Additional information regarding attempted service, etc: