**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22906-ALTONAGA

STEPHEN M. CODY,

    *Plaintiff*,

v.

VILLAGE OF PALMETTO BAY,

    *Defendant*.

                            /

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

In accordance with this Court's order (Dkt. No. 5), Plaintiff Stephen M. Cody, a natural person, discloses the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Stephen M. Cody
2. Village of Palmetto Bay
3. ACLU Foundation of Florida
4. American Civil Liberties Union Foundation

Respectfully submitted May 6, 2025,

 /s/ *Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Michelle M. Morton (FBN 81975)
Samantha J. Past (FBN 1054519)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
mmorton@aclufl.org
spast@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiff*

1