**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22906-ALTONAGA

STEPHEN M. CODY,

     *Plaintiff,*

v.

VILLAGE OF PALMETTO BAY,

     *Defendant.*

<u>                           </u>/

### <u>PLAINTIFF'S SECOND CORRECTED CERTIFICATE OF INTERESTED PARTIES</u>

In accordance with this Court's order (Dkt. No. 5), Plaintiff Stephen M. Cody discloses the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:

1. Stephen M. Cody

2. Village of Palmetto Bay

3. ACLU Foundation of Florida

4. American Civil Liberties Union Foundation

Plaintiff is a natural person and has no subsidiaries, conglomerates, affiliates, parent corporations, or other identifiable legal entities related to him.[1]

Respectfully submitted May 8, 2026,

/s/ *Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Michelle M. Morton (FBN 81975)
Samantha J. Past (FBN 1054519)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
mmorton@aclufl.org
spast@aclufl.org

---

[1] While Plaintiff is a natural person and therefore has no subsidiaries, conglomerates, affiliates, or parent corporations, the Clerk's office directed Plaintiff to add Plaintiff's counsel's law firm as an affiliate or corporate parent on the docket sheet. At the Clerk's direction, Plaintiff has done so.

1

cmcnamara@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiff*