UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 1:26-cv-22906-CMA

STEPHEN M. CODY

     Plaintiff,

vs.

VILLAGE OF PALMETTO BAY

     Defendant.

_____/

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Lourdes Espino Wydler, Esquire of the law firm of Wydler Law, 1550 Madruga Avenue, Suite 400, Coral Gables, Florida 33146, files this Notice of Attorney Appearance as counsel for Defendant, VILLAGE OF PALMETTO BAY, and requests that copies of all future correspondence, pleadings, discovery, etc., filed or served in this case be directed to her.

I HEREBY CERTIFY that on this 12th day of May, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

WYDLER LAW
*Attorneys for Defendant, Village of Palmetto Bay*
1550 Madruga Avenue
Suite 400
Coral Gables, FL 33146
(305) 446-5528
(786) 422-1373 (fax)

BY /s/ Lourdes E. Wydler_____
     LOURDES E. WYDLER

F.B.N.  719811
lew@wydlerlaw.com
ALANDRA A. TEJEDOR
F.B.N. 1031889
aat@wydlerlaw.com
Secondary email:
guertty@wydlerlaw.com

## SERVICE LIST

Nicholas Lyndol Villacor Warren, Esq.
FBN: 1019018
nwarren@aclufl.org
(786) 363-1769
Caroline Andrews McNamara, Esq.
FBN: 1038312
cmcnamara@aclufl.org
(786) 363-1392
Samantha Jo Past, Esq.
FBN: 1054519
spast@aclufl.org
(786) 363-2738
Daniel Boaz Tilley, Esq.
FBN: 102882
dtilley@aclufl.org
(786) 363-2714
Michelle Morton, Esquire
FBN: 81975
mmorton@aclufl.org
(786) 363-1062
American Civil Liberties Union Foundation of Florida
4343 W. Flagler Street
Suite 400
Miami, FL 33134
(786) 363-1257 (fax)
***Counsel for Plaintiff***