# EXHIBIT 1



Watch 24/7

**FLORIDA**

# Palmetto Bay councilman facing calls to resign over post calling Charlie Kirk's death 'fitting sacrifice'

Florida Attorney General James Uthmeier was among the many who called for Councilman Steve Cody's resignation.

By **Niko Clemmons** • Published September 11, 2025 • Updated on September 12, 2025 at 10:15 am

Log in or create a free profile to save articles



NBC Universal, Inc.

A Village of Palmetto Bay councilman is facing backlash and growing calls for him to step down over a social media post about the death of conservative activist Charlie Kirk. NBC6's Niko Clemmons reports



a social media post about the death of conservative activist Charlie Kirk.

In the since-deleted post, Councilman Steve Cody called **Kirk's assassination** "a fitting sacrifice" with a graphic of the activist's 2023 remarks that "it's worth to have a cost of, unfortunately, some gun deaths every single year" for Second Amendment rights.

## Watch NBC6 free wherever you are

WATCH HERE

"Charlie Kirk is a fitting sacrifice to our Lords: Smith & Wesson. Hallowed be their names," Cody wrote.

He spoke with NBC6 on Thursday, addressing why he made the post and then deleted it.

"I will admit to you it was not well thought out," Cody said. "I regret it because it was insensitive. I do think there's a certain bit of irony in it, but it caused a lot of pain for people I know and people that I respect, and I took it down."

Mayor Karyn Cunningham released a statement Thursday calling for Cody to step down.

"Violence has no place in our community or in our nation, and words that seek to diminish or make light of such tragedy are equally harmful," she wrote in part. "The people of Palmetto Bay deserve leadership that reflects compassion, responsibility, and dignity in moments of crisis."



SEP 11, 2025

**'People are scared to death': Lawmakers boost security after Charlie Kirk shooting**



SEP 11, 2025

**Johnson says Charlie Kirk event had minimal security because he wasn't a government official**



SEP 11, 2025

**Trump to posthumously award the Presidential Medal of Freedom to Charlie Kirk**

Watch 24/7

by sharing a quotation on my personal Facebook page that referenced remarks made by the deceased Charlie Kirk in 2023 concerning the Second Amendment and gun violence. This action, born out of my deep anger and frustration with the now too common tragedy of gun violence, was misguided."

"I want to state unequivocally that this post did not and does not reflect my personal values, my deeply held beliefs, or my solemn responsibilities as an elected official," he continued.

**This Facebook post is no longer available. It may have been removed or the privacy settings of the post may have changed.**

Help Center

Dozens of people, including the mayor and state Rep. Omar Blanco, rallied outside city hall Thursday, calling for Cody to resign.

"We know the words mentioned by councilman Cody are incorrect and are not reflective of this amazing community," Blanco said.

Watch 24/7

has no place in public service. The words used by Palmetto Bay Councilman Cody are appalling, disgraceful, and not reflective of the service and sacrifice we are sworn to uphold."

**Omar Blanco for State Representative**
about 8 months ago



On a somber day like September 11, when our country remembers the unity that carried us through one of our darkest hours, we are reminded that evil still lingers. Using the tragedy of yesterday's assassination to widen the divide is simply irresponsible.

As public servants, our oath requires us to serve all and protect public safety without exception. The words used by Palmetto Bay Councilman Cody are appalling, disgraceful, and not reflective of the service and sacrifice we are sworn to uphold. Political violence has no place in our community or our nation, and rhetoric that glorifies it only deepens wounds instead of healing them.

We must be better than this, and I will continue to stand for decency, democracy, and the safety of all Floridians.

STATE REPRESENTATIVE OMAR BLANCO

My statement on Palmetto Bay Councilman's remarks on the assassination of Charlie Kirk. Celebrating something this horrific has no place in public service.

31        17        2

Florida Attorney General James Uthmeier also joined calls for Cody's resignation.

*If this facebook post is legitimate, Steve Cody should resign from his position as a Palmetto Bay council member immediately. https://t.co/i6dG5BidKi pic.twitter.com/hgxWFi2RyM*

— *Attorney General James Uthmeier (@AGJamesUthmeier) September 11, 2025*

Miami-Dade County Commissioner Danielle Cohen Higgins also called for Cody's resignation, writing, "He (Cody) revealed that he can no longer be trusted to serve, lead, nor represent this community."



**View this post on Instagram**

A post shared by Commissioner Danielle Cohen Higgins (@daniellecohenhiggins)

However, Cody said he will not step down as councilman.

"I understand why they're saying that, but that's not something I'm going to do," Cody told NBC6.

The mayor said she spoke with Cody and that he apologized.

"Do we condone celebrating the assassination of an activist or any individual, and the answer is a hard no," Cunningham said. "We sit up there making policy for our community. We need to make sure that the folks that are making policy are also supportive of community values."



"I wouldn't have done that," Cody said. "I regret it, but the best I can do is apologize to those who I hurt and vow to go forward and behave differently from this point on."

The mayor said they don't have the power to remove someone from office and that only Tallahassee can. Next week, during a village council meeting, the village will discuss the issue and the mayor will request that Cody step down.

The Republican Party of Miami-Dade County will head to City Hall on Friday and also demand that Cody resign.

This article tagged under:

**FLORIDA  •  SOUTH FLORIDA**

**Ask a Pro: "I Have $2.3M Saved for Retirement. How Much Can I Actually Spend Each Year?"**

This quiz matches nearly 50,000 people each month with vetted

Start Now

**SmartAsset** | Sponsored

VAMOOSE | SPONSORED

**Most People Don't Use This Tip for Mice in Spring, But it Works Like Magic**

MOVINGOO | SPONSORED

**How To Drain Lymph Fluid In Ankles & Legs? It's Simple**

AUTO SAVINGS | SPONSORED

Learn More

**Florida Introduces New Benefit for "Senior Drivers"**

TEMU | SPONSORED

Shop Now

**Temu Clearance Sale**



## CBS NEWS

Miami    |    News ⌄    Weather ⌄    Sports ⌄    Videos    Your Reporters ⌄    •••                    ☁️ 83°

Local News

# Palmetto Bay Councilman Steve Cody refuses to resign after outcry over Facebook post on Charlie Kirk's assassination

By Anna McAllister

Updated on: September 17, 2025 / 11:21 PM EDT / CBS Miami

⊞ Add CBS News on Google

A Palmetto Bay councilman is refusing to resign after hundreds of residents, along with local and state leaders, called for him to step down following remarks he made on Facebook about the assassination of conservative activist Charlie Kirk.

## Residents demand the councilman's resignation

The controversy centers on Councilman Steve Cody, who posted on his personal Facebook page: "Charlie Kirk is a fitting sacrifice to our Lords: Smith & Wesson. Hallowed be their names."

**Palmetto Bay Councilman Steve Cody says he will not resign over Charlie Kirk comments**

(02:47)

---

◎**CBS** TEXAS
Westworth Village councilman arrested in election-day bribery investigation, officials say



Case 1:26-cv-22906-CMA Document 12-1 Entered on FLSD Docket 05/18/2026 Page 9 of 30

Residents said the post embarrassed the community and put Palmetto Bay in the national spotlight.

Watch CBS News

"It's so embarrassing," said resident Lisa Merkin, who has lived in the village since she was 9 years old. She said she has always been proud of her hometown until now.

"People were calling me last night from Boston because there was national news and they were saying, Lisa, what's going on in your community? Who's this guy?" she said.

Another resident said Cody's apology was not enough.

"Your apology is not accepted. I regret voting for you as many others here and I don't know — if I wasn't wanted somewhere, I wouldn't be there, and it's clear that this village doesn't want you here, so why won't you just resign?" the resident said.

◉CBS ATLANTA
Small-town Georgia mayor resigns weeks after firing entire police department


◉CBS BAY AREA
1 dead, 1 injured from fallen tree branches in Santa Rosa as Bay Area hit by strong winds


◉CBS BAY AREA
Oakland residents push back as Caltrans studies ending I-580 big rig ban


◉CBS BOSTON
Hundreds plant flags to honor fallen heroes from Massachusetts


◉CBS TEXAS
Austin shooting investigation: 3 in custody after at least 12 incidents across the city, police say


◉CBS CHICAGO
Burglars hit multiple businesses in Chicago's' South Loop




**Watch CBS News**



◎**CBS** CHICAGO

DraftKings to close in-person sportsbook operation at Wrigley Field





Continue watching
**Ticket enforcement begins for Miami-Dade school bus safety pro...**
after the ad

## Palmetto Bay Village leaders respond

Mayor Karyn Cunningham said she has received hundreds of calls from residents and people across the country demanding Cody's resignation.

"It's heartbreaking to me, really," Cunningham said. "This has put such a fracture in village life in the community, getting so many calls from individuals both in the community and outside the community. I always said I wanted to put Palmetto Bay on the map, but not like this."

U.S. Rep. Carlos Gimenez also weighed in, saying Cody should be removed from office.

"I'm asking the governor to remove Mr. Cody because of his comments after the assassination of Charlie Kirk," Gimenez said. "Mr. Cody condoned, in a

sense, that assassination. As a public official, you should never condone any kind of violence."

Watch CBS News

## Councilman Cody remains defiant

Cody, who was elected to serve until 2028, apologized for the post but said he has no intention of stepping down.

"I do not plan to resign. I will not be resigning. I got elected to serve until 2028 and I intend to serve out my term," he said.

Gov. Ron DeSantis also condemned those celebrating Kirk's death earlier Monday.

Residents said they are hoping the governor's office will intervene and remove Cody from his position.

**More from CBS News**



◉**CBS** TEXAS

# Pressure grows on Palmetto Bay councilman to resign amid wave of firings in aftermath of Kirk's murder

BY JULIE CALHOUN, FAITH GRAHAM, KEVIN BOULANDIER

SEPTEMBER 15, 2025

**Share**



PALMETTO BAY, Fla. (WSVN) — All eyes were on councilmember Steve Cody during a Village of Palmetto Bay council meeting as pressure grows on him to resign from his post following his controversial comments on the **murder of conservative activist Charlie Kirk.**

Cody has faced backlash for a number of days following his post in the aftermath of Kirk's death where he wrote: "Charlie Kirk is a fitting sacrifice to our lords: Smith and Wesson. Hallowed be their names."

Village, federal and state officials have **all joined in** on the chorus of people calling for Cody's resignation.

On Monday, U.S. Rep. Maria Elvira Salazar posted to social media saying, "The disgusted comments made by Steve Cody about Charlie Kirk's assassination have disrupted the business of Palmetto Bay. Residents have lost trust in him and it will be nearly impossible to regain it. For the good of the Village, he must step down and let Palmetto Bay restore trust and move forward."



Late Monday night, residents got their say, telling Cody that he needs to resign from office. A large public response came out to show their opposition to Cody's comments.

"Cody needs to resign or be fired. Either way, he needs to go. He is a disgrace to the Village," said a resident.

"If you have any honor, in my humble opinion, you would step down," said another resident.

Since his initial comment, Cody has walked back the controversial post, saying he had "screwed up." and wrote a letter that said he "regrettably made a significant error in judgement."

Despite days of pressure, Cody told reporters Monday that he's not going anywhere.

"I wrote something that was very stupid but if every time a politician did something that was stupid, we'd never have anybody who ever be able to serve in office. I took it down, I apologized. I don't intend on resigning," he said.

Village Vice Mayor Mark Merwitzer said the council won't move forward with any council business until Cody turns in his resignation.

"Having a council member make a comment so vile about the brutal assassination of someone is just very unbecoming of an elected official," he said.

During the meeting, the mayor introduced a resolution to censure Cody and calling for him to resign.

"When I saw the posting on social media, frankly I was sick to my stomach," said Palmetto



However, the council can't force him, but Florida Gov. Ron DeSantis could step in and the community could vote for a recall.

Following the public comment period, council members voted to request DeSantis and Florida's attorney general to open an investigation into whether Cody's social media post is grounds for removal.

Cody joins a **growing number of people** across the country feeling pressure to resign or getting fired over comments about Kirk's death on social media.

In South Florida, a University of Miami fired Neurologist Dr. Michelle Bravo after she re-shared a post on social media that read: "What was done to Charlie Kirk was done to countless Palestinian babies, children, girls, boys, women, and men. Charlie Kirk came out to say, 'I love this. I want more of this.' As Malcom said, 'The chickens have come home to roost.'"

In a statement, UM said "Freedom of speech is a fundamental right. At the same time, expressions that condone or endorse violence or are incompatible with our policies and values are not acceptable."

Florida Atlantic University also placed an unidentified staff member on leave pending an investigation into their social media comments.

Additionally, the Florida Fish and Wildlife Conservation Commission fired one of their employees over social media posts making light of Kirk's murder and said in a statement: "The comments and actions of this individual are not in line with the FWC, our values, or our mission. We have a zero-tolerance policy towards the promotion of violence and hate, and we will not stand for such behavior."

Meantime, a memorial was held at Florida International University where heartbroken students from Kirk's Turning Point USA chapter and other members of the Panthers community remembered Kirk's legacy and his movement.

"Today we grieve, but we do not grieve as those without hope," said a student.

"He transformed the lives of many through his presence on college campuses," said another student.

Members of the organization vowed to keep Kirk's message and memory alive.

"That's what Charlie said, 'Your voice matters, your voice is a part of the process and you deserve to be involved in it.'" said a third student.



# Palmetto Bay Council member Steve Cody faces calls for resignation after Charlie Kirk comments

**Cody acknowledged that his social media post could have been seen as 'insensitive,' so he deleted it. But he says he will not step down.**

As many Americans appeal for unity in the wake of the assassination of Republican activist **Charlie Kirk**, some Florida elected officials are showing that divisions remain across the political landscape.

**Palmetto Bay** Town Council member **Steve Cody**, who holds the District 2 seat, said on his Facebook account, "Charlie Kirk is a fitting sacrifice to our Lords: Smith & Wesson (gun manufacturer). Hallowed by their names."

In an interview with Florida Politics, Cody said he was referencing a long-published statement where Kirk once said that protecting the Second Amendment was worthwhile even if some people die from shootings.

"I think it's worth it to have a cost of, unfortunately, some gun deaths every single year so that we can have the Second Amendment to protect our other God-given rights," Kirk said in 2023.

Kirk was shot to death while holding a political rally at the Utah Valley University campus Wednesday afternoon.



Cody's comments led to a flood of criticism, including from Attorney General **James Uthmeier**.

"If this facebook post is legitimate, Steve Cody should resign from his position as a Palmetto Bay Council member immediately," Uthmeier said **on X**.

Contacted by phone Thursday afternoon to respond to Uthmeier's call, Cody said he already deleted the original post he made about Kirk.

Asked if he would resign, Cody said, "No."

He added that he already regrets the social media screed.



"I've taken it down," said Cody, a Democrat. "Frankly, I regret putting it up there. It was more of a commentary on the irony that Mr. Kirk in 2023 was saying that we have to have gun deaths as a sacrifice for the Second Amendment … and unfortunately he fell victim to gun violence."

Cody went further on his Facebook account and said, "I screwed up" and linked **an extensive statement** explaining his thoughts.

Palmetto Bay Mayor **Karyn Cunningham** — who, like Uthmeier, is a Republican — also joined the call for Cody's departure from the Town Council later in the day.

"I must call for Councilman Cody to Step Down. The people of Palmetto Bay deserve leadership that reflects compassion, responsibility and dignity in moments of crisis," Cunningham said in a social media post.

Several other elected officials also joined the chorus for Cody's resignation, including U.S. Rep. **Carlos Giménez**, state Sen. **Ileana Garcia**, and state Reps. **Omar Blanco** and **Juan Porras**, all Republicans. Miami-Dade County Commissioner **Danielle Cohen Higgins**, a Democrat, also called on Cody to step down.

Cody said he fully intends to keep his seat at least until his term expires in 2028. He did acknowledge that his comments may have been taken as insensitive and that's why he removed his original post.

"I gave it some thought and thought that it could be seen as being insensitive," Cody said. "I was elected to serve until 2028 and I'm going to be serving until that time."

And he reiterated that he's not going to adhere to Uthmeier's demand.

"It doesn't mean anything to me," Cody said. "If I were to say that he should resign, how much credence would you put on that for something he has done?"

Drew Dixon

September 11, 2025

6 min

Charlie Kirk

Facebook

James Uthmeier

Juan C. Porras

Karyn Cunningham

Leana Garcia

Palmetto Bay

South Florida

Steve Cody        X

## Related Articles

APolitical

**Kionne McGhee, Dane Eagle bring messages of promise, warning from Taiwan**

5/18/26, 12:55 PM

Case 1:26-cv-22906-CMA   Document 12-1   Entered on FLSD Docket 05/18/2026   Page 19 of 30

Palmetto Bay Council meeting scheduled after councilman's Charlie Kirk post; vice mayor vows to halt business until councilman resigns



NEWS    WEATHER    SPORTS    FEATURES    ENTERTAINMENT    ESPAÑOL    NEWSLETTERS    CONTACT

NEWS    WEATHER    SPORTS    FEATURES    ENTERTAINMENT    ESPAÑOL    NEWSLETTERS    CONTACT

☀️☁️ 83°

Local 10 .com

Sign In 👤

# Palmetto Bay Council meeting scheduled after councilman's Charlie Kirk post; vice mayor vows to halt business until councilman resigns

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy

Case 1:26-cv-22906-CMA   Document 12-1   Entered on FLSD Docket 05/18/2026   Page 20 of 30

NEWS        WEATHER        SPORTS        FEATURES        ENTERTAINMENT        ESPAÑOL        NEWSLETTERS        CONTACT

This ad will end in 23 seconds



Palmetto Bay residen…    Cuban president accu…    Victim in fatal Coral Sp…    Miami-Dade brings ba…    Goat with hooves turn…    Humanoid robot nam…    US to withdraw small n…    Hantav

*A Palmetto Bay Village Council meeting is scheduled for 7 p.m. Monday, when residents are expected to voice their thoughts on Councilman Steve Cody's Facebook post about the assassination of Conservative activist Charlie Kirk.*

PALMETTO BAY, Fla. — A Palmetto Bay Village Council meeting is scheduled for 7 p.m. Monday, when residents are expected to voice their thoughts on Councilman Steve Cody's Facebook post about the assassination of Conservative activist Charlie Kirk.

Some of Cody's colleagues on the dais called his remarks last week "horrific" and "vile."

Vice Mayor Mark Merwitzer issued a press release Monday morning, vowing to halt Village Council business until Cody resigns.

"I have received over 100 messages and phone calls from residents demanding that Steve Cody step down," Merwitzer said in a statement. "His vile

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy

Case 1:26-cv-32906-CMA Document 12-1 Entered on FLSD Docket 05/18/2026 Page 21 of 30

NEWS        WEATHER        SPORTS        FEATURES        ENTERTAINMENT        ESPAÑOL        NEWSLETTERS        CONTACT



**Palmetto Bay Councilman Steve Cody**

Merwitzer said he expects large crowds at Monday night's Village Council meeting and will listen to residents who wish to speak before moving to adjourn the meeting.

"We need to give residents their voice first," Merwitzer said. "But if the council ignores the will of the community, I will do what the community has asked and move to adjourn every meeting until he resigns. You cannot call for someone's resignation and then conduct business with them as if nothing happened. That would be a failure of moral courage."

Cody posted an image containing a quote from Kirk that read, "I think it's worth to have a cost of, unfortunately, some gun deaths every single year so that we can have the Second Amendment to protect our other God-given rights."

Above the image, Cody remarked, "Charlie Kirk is a fitting sacrifice to our Lords: Smith & Wesson. Hallowed be their names."

It was made in the wake of Kirk's shooting death while speaking at Utah Valley University on Wednesday.

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy

Case 1:26-cv-22906-CMA   Document 12-1   Entered on FLSD Docket 05/18/2026   Page 22 of 30

NEWS        WEATHER        SPORTS        FEATURES        ENTERTAINMENT        ESPAÑOL        NEWSLETTERS        CONTACT

Cody took down the post and apologized in a [lengthy statement](#) titled, "I screwed up."

But that's not satisfying some residents and fellow council members.

"It is disgusting, it is vile, and I agree: Councilman Cody should resign," Councilwoman Marsha Matson said.

Residents and elected officials gathered at a protest at Palmetto Bay Village Hall on Thursday to share their displeasure.

"He should be removed from his post," resident Linda Miller said.

Merwitzer called Cody's comments "unbecoming of an elected official."

"It is things like that that should cause someone to have to resign," Merwitzer said.

Cody's apology post on Facebook made no mention of a resignation.

Instead, it said, in part: "To the Kirk Family, my sincere condolences during this difficult time, and apologies for my statements I made that caused you further distress. And to anyone who was offended or hurt by my post, particularly those impacted by gun violence, I extend my sincere and profound apologies."



🏠 **NEWS FROM YOUR NEIGHBORHOOD**

Latest headlines from:

| MIAMI-DADE | BROWARD | FLORIDA KEYS |

| CITIES ▾ |

*Copyright 2025 by WPLG Local10.com - All rights reserved.*

## ABOUT THE AUTHOR



### Amanda Batchelor

Amanda Batchelor is the Digital Executive Producer for Local10.com.



This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy



TAMPA FREE PRESS
Tampa Bay Area Local News, National Stories, and Politics
TFP

Home    News ▾    Sports    Cops and Crime ▾    Politics    Games And Puzzles    Newsletter    About Us ▾

Support The Tampa Free Press

Home  >  Politics

# Florida Democrat Faces Outrage After Mocking Charlie Kirk's Assassination In Vile Post

Mike Jenkins      September 11, 2025 1:59 pm

*Palmetto Bay Councilmember Steve Cody (L) Charlie Kirk and family (R)*

## Click Here To C0ntinue

Click Here To C0ntinue

⌄

## To C0ntinue Click Here

To C0ntinue Click Here

tastmes

Case 1:26-cv-22906-GMA   Document 12-1   Entered on FLSD Docket 05/18/2026   Page 24 of 30



*Palmetto Bay Councilmember Steve Cody (L), Charlie Kirk and family (R)*

A Florida Democratic councilmember is at the center of a political firestorm following a controversial social media post that made light of the recent assassination of conservative commentator Charlie Kirk.

The post has ignited widespread condemnation from state Republican leaders, who are calling for his immediate removal from office.

The uproar began after Palmetto Bay Councilmember Steve Cody wrote, "Charlie Kirk is a fitting sacrifice to our



**New Garden Windmill Breaks All Sales Records in Miami**

Sky Dreamer



**How to Find out if GLP-1s Are Covered by Your Insurance**

GoodRx



**Neurologists Beg Seniors With Neuropathy: Stop Doing This Now**

Health Headlines



**Steve Cody**
2h · 🌐

Charlie Kirk is a fitting sacrifice to our Lords: Smith & Wesson. Hallowed be their names.

"I think it's worth to have a cost of, unfortunately, some gun deaths every single year so that we can

Case 1:26-cv-22906-CMA Document 12-1 Entered on FLSD Docket 05/18/2026 Page 27 of 30

**- Charlie Kirk, 2023**

*Palmetto Bay Councilmember Steve Cody*

Republican Party of Florida Chairman Evan Power labeled Cody's words as "vile and hateful." Power's statement condemned the comment not only for mocking a "murdered patriot" but also for "spitting on Charlie's faith, ridiculing his Lord and Savior Jesus Christ."

He further described Cody as a "bully drunk on power" and cited a pattern of similar behavior, including allegedly bullying neighbors and silencing dissent.

*READH: **FBI Releases Photos Of Person Of Interest In Charlie Kirk Assassination***

## C0ntinue Here

C0ntinue Here

Case 1:26-cv-22906-CMA   Document 12-1   Entered on FLSD Docket 05/18/2026   Page 28 of 30

The Palmetto Bay Councilmember deleted the post and on Thursday, stated an apology, saying, "I Screwed Up."

According to his public profile, Cody was elected as Council Member from Palmetto Bay District 2 on November 3, 2020. He is a husband and a father.

Charlie Kirk was a husband and father of two daughters.

New Garden Windmill Breaks All Sales Records in Miami

Sky Dreamer

Limited Time Only: Get 40% off The 250th Anniversary Hat in Florida

Peoasis

More Americans Are Quietly Switching to This at Night

Mood

**Steve Cody's full release:**

**FOR IMMEDIATE RELEASE**

September 11, 2025

**Statement from Council Member Steve Cody Regarding Recent Social Media Post**

Yesterday, I regrettably made a significant error in judgment by sharing a quotation on my personal Facebook page that referenced remarks made by the deceased Charlie Kirk in 2023 concerning the Second Amendment and gun violence.

This action, born out of my deep anger and frustration with the now too common tragedy of gun violence, was misguided.

I want to state unequivocally that this post did not and does not reflect my personal values, my deeply held beliefs, or my solemn responsibilities as an elected official.

The language I shared regardless of my intent could easily be interpreted as minimizing the very real and devastating toll of gun violence in our communities. I understand that intent does not mitigate impact, and for that, I take full and complete responsibility for my lapse in judgment.

The post has been removed.

I wish to make it absolutely clear that I do not endorse the sentiment expressed in that quotation.

As a father and a grandfather, the safety and well-being of our families are always paramount to me. As public officials, I acknowledge that I have a fundamental duty to engage thoughtfully, to demonstrate respect for all viewpoints, and to never make light of issues that profoundly affect lives and families.

To the Kirk family, my sincere condolences during this difficult time, and my apologies for any

future communications, and to dedicating my energy to the issues that are most critical to the well-being and prosperity of our community.

*Florida Democrat Faces Outrage After Mocking Charlie Kirk's Assassination In Vile Post*

**Please make a small donation to the Tampa Free Press to help sustain independent journalism.** Your contribution enables us to continue delivering high-quality, local, and national news coverage.

**Connect with us:** Follow the Tampa Free Press on Facebook and Twitter for breaking news and updates.

# C0ntinue Here

C0ntinue Here

**Sign up:** Subscribe to our free newsletter for a curated selection of top stories delivered straight to your inbox.

**Around the Web**                                                               REVCONTENT