**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22906-ALTONAGA

STEPHEN M. CODY,

    *Plaintiff*,

v.

VILLAGE OF PALMETTO BAY,

    *Defendant*.

_____/

## JOINT SCHEDULING REPORT

The parties held their Rule 26(f) conference on May 18, 2026. Nicholas Warren and Michelle Morton attended on behalf of Plaintiff Stephen M. Cody. Lourdes Wydler attended on behalf of Defendant Village of Palmetto Bay.

## I.  DISCOVERY PLAN

Pursuant to Rule 26(f)(3) and Local Rule 16.1(b)(2), the parties discussed a discovery plan:

A. **Initial disclosures:** The parties agree to exchange initial disclosures by 6/3/2026.

B. **Scope of discovery:** Plaintiff intends to seek discovery on the Village Council's development and adoption of the resolutions at issue in this case, their enforcement, and Defendant's defenses. Defendant intends to seek discovery on the operational effect of Plaintiff's speech as well as any purported injuries and damages to Plaintiff.

## II.  OTHER MATTERS

Pursuant to Local Rule 16.1(b)(2), the parties discussed the following issues:

A. **Likelihood of settlement:** The parties agree that settlement is unlikely at this juncture but will engage in good-faith discussions when and if appropriate.

B. **Likelihood of appearance of additional parties:** Unlikely.

C. **Proposed limits on the time:**

    a.    **To join other parties and amend the pleadings: 7**/10/2026

    b.    **To complete discovery:** 10/9/2026

    c.    **To conduct mediation:** 11/20/2026

    d.    **To file pretrial motions:** 12/18/2026

      e.     **To hear pretrial motions:** 1/12/2027

D.  **Proposals for:**

      a.  **The formulation and simplification of issues, including the elimination of frivolous claims or defenses:** The parties will work to simplify the issues for trial.

      b.  **The number and timing of motions for summary judgment or partial summary judgment:** One per side, due 11/2/26.

E.  **The necessity or desirability of amendments to the pleadings:** Plaintiff may determine that amending the Complaint may be needed in response to Defendant's motion to dismiss and/or any ruling thereon. Defendant has not yet answered.

F.  **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence:** The parties will work to obtain admissions of fact and of documents, ESI, and stipulations on authenticity. Advance rulings from the Court on the admissibility of evidence may streamline each party's trial presentation.

G.  **Suggestions for the avoidance of unnecessary proof and of cumulative evidence:** The parties will work to avoid unnecessary proof and cumulative evidence. The parties will also discuss stipulations regarding the authenticity and admissibility of relevant documents.

H.  **Suggestions on the advisability of referring matters to a Magistrate Judge or master:** Plaintiff defers to the Court on whether to refer matters to a Magistrate Judge. Defendant consents to magistrate jurisdiction on discovery disputes and any non-dispositive motions.

I.  **A preliminary estimate of the time required for trial:** 1 to 5 days.

J.  **Requested date or dates for:**

      a.  **Conferences before trial:** None needed at this time.

      b.  **Expert disclosures:** The parties will not present any expert testimony.

      c.  **Rule 26(a)(3) disclosures:** 1/15/2027

      d.  **Submission of pretrial briefs:** 1/4/2027

      e.  **A final pretrial conference:** 1/12/2027

      f.  **Trial:** 3/1/2027

**K. Any issues about:**

  **a. Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced**: None at this time.

  **b. Claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert those claims after production – whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502:** None at this time.

  **c. When the parties have agreed to use the ESI Checklist available on the Court's website, matters enumerated on the ESI Checklist:** The parties have not agreed to use the ESI Checklist, but have agreed to revisit the matter after propounding requests for production.

**L. Any other information that might be helpful to the Court in setting the case for status or pretrial conference:** None at this time.

Respectfully submitted May 27, 2026,

| | |
|---|---|
| */s/ Caroline A. McNamara* | */s/ Lourdes Espino Wydler* |
| Nicholas L.V. Warren (FBN 1019018) | Lourdes E. Wydler (FBN 719811) |
| Michelle M. Morton (FBN 81975) | **Wydler Law** |
| Samantha J. Past (FBN 1054519) | 1550 Madruga Avenue, Suite 400 |
| Caroline A. McNamara (FBN 1038312) | Coral Gables, FL 33146 |
| Daniel B. Tilley (FBN 102882) | (305) 446-5528 |
| **ACLU Foundation of Florida** | lew@wydlerlaw.com |
| 4343 West Flagler Street, Suite 400 | guertty@wydlerlaw.com |
| Miami, FL 33134 | |
| (786) 363-1769 | *Counsel for Defendant* |
| nwarren@aclufl.org | |
| mmorton@aclufl.org | |
| spast@aclufl.org | |
| cmcnamara@aclufl.org | |
| dtilley@aclufl.org | |

*Counsel for Plaintiff*

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-22906-ALTONAGA

STEPHEN M. CODY,

    *Plaintiff*,

v.

VILLAGE OF PALMETTO BAY,

    *Defendant*.

_____/

**JOINT PROPOSED SCHEDULING ORDER**

Upon review of the parties' conference report, the Court enters the following scheduling order:

1. **Assignment of case to particular track:** Standard track.

2. **Detailed discovery schedule:**

    a. **Initial disclosures due:** 6/1/2026

    b. **Expert disclosures due:** None permitted.

    c. **Deadline to complete discovery:** 10/9/2026

3. **Deadline to join additional parties and amend the pleadings: 7**/10/2026.

4. **Deadline to file dispositive motions:** 11/2/2026

5. **Deadline to conduct mediation:** 11/20/2026

6. **Deadline to file Rule 26(a)(3) disclosures:** 1/15/2027

7. **Date certain for filing all pretrial motions:** _____.

8. **Date certain for resolution of all pretrial motions by the Court:** _____.

9. **Date certain for pretrial conference:** _____.

10. **Date certain for trial:** _____.

1