UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 1:26-cv-22906-CMA

STEPHEN M. CODY

     Plaintiff,

vs.

VILLAGE OF PALMETTO BAY

     Defendant.

_____/

## DEFENDANT, VILLAGE OF PALMETTO BAY'S SECOND CORRECTED CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, VILLAGE OF PALMETTO BAY, by and through his undersigned counsel and pursuant to the Federal Rules of Civil Procedure 7.1 and the Court's Order Requiring Scheduling Report and Certificate of Interested Parties [D.E. 5] and Clerk's Notice to Filer [D.E. 18], provides notice that the following individuals and entities have a financial interest in the outcome of this case:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

    a.   American Civil Liberties Union Foundation of Florida – Counsel for Plaintiff

    b.   Andrews McNamara, Caroline – Counsel for Plaintiff

    c.   Boaz Tilley, Daniel – Counsel for Plaintiff

   d.  Cody, Stephen M. - Plaintiff

   e.  Espino Wydler, Lourdes – Counsel for Defendant, Village of Palmetto Bay

   f.  Jo Past, Samantha – Counsel for Plaintiff

   g.  Morton, Michelle – Counsel for Plaintiff

   h.  Villacor Warren, Nicholas Lyndol- Counsel for Plaintiff

   i.  Wydler Law – Counsel for Defendant, Village of Palmetto Bay

   j.  Florida Municipal Insurance Trust – Interested Party – Insurance Fund for Village of Palmetto Bay

   k.  Any persons or entities listed in Plaintiff's Certificate of Interested Parties.

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by outcome of proceedings:

   None.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   None.

4.     The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   None.

5.     Check one of the following:

   a.  __**X**__    I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

b. _____  I certify that I am aware of a conflict or basis of recusal of the District Judge

or Magistrate Judge as follows: (explain).


   I HEREBY CERTIFY that on this 3rd day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       WYDLER LAW
       *Attorneys for Defendant, Village of Palmetto Bay*
       1550 Madruga Avenue
       Suite 400
       Coral Gables, FL 33146
       (305) 446-5528
       (786) 422-1373 (fax)


       BY /s/ Lourdes E. Wydler_____
        LOURDES E. WYDLER
        F.B.N.  719811
        lew@wydlerlaw.com
        Secondary email:
        guertty@wydlerlaw.com


## SERVICE LIST

Nicholas Lyndol Villacor Warren, Esq.
FBN: 1019018
nwarren@aclufl.org
(786) 363-1769
Caroline Andrews McNamara, Esq.
FBN: 1038312
cmcnamara@aclufl.org
(786) 363-1392
Samantha Jo Past, Esq.
FBN: 1054519
spast@aclufl.org
(786) 363-2738
Daniel Boaz Tilley, Esq.
FBN: 102882
dtilley@aclufl.org
(786) 363-2714

Michelle Morton, Esquire
FBN: 81975
mmorton@aclufl.org
(786) 363-1062
American Civil Liberties Union Foundation of Florida
4343 W. Flagler Street
Suite 400
Miami, FL 33134
(786) 363-1257 (fax)
**Counsel for Plaintiff**