**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22906-CIV-ALTONAGA/Reid**

**STEPHEN M. CODY**,

      Plaintiff,

v.

**VILLAGE OF PALMETTO BAY**,

      Defendant.

_____/

## **ORDER**

**THIS CAUSE** came before the Court at a June 10, 2026 hearing [ECF No. 23] on Defendant, Village of Palmetto Bay's Motion to Dismiss . . . [ECF No. 12]. (*See generally* Mot.).

For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Defendant, Village of Palmetto Bay's Motion to Dismiss . . . **[ECF No. 12]** is **DENIED**. Defendant has until **June 24, 2026**, to file an answer.

**DONE AND ORDERED** in Miami, Florida, this 10th day of June, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record