**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-22906-ALTONAGA

STEPHEN M. CODY,

     *Plaintiff,*

v.

VILLAGE OF PALMETTO BAY,

     *Defendant*.

_____/

**JOINT MOTION TO EXTEND MEDIATOR SELECTION DEADLINE**

     The parties seek a 30-day extension of the deadline to select a mediator and set a mediation date, to **July 17, 2026**, and state in support:

     1.     On May 28, 2026, the Court set today, June 17, as the deadline for the parties to select a mediator and schedule a time, date, and place for mediation. ECF No. 16 at 1.

     2.     Since June 1, the parties' counsel have conferred regarding suitable mediators and have proposed different mediators. The parties have not yet agreed on a mediator, but anticipate being able to do so in the coming weeks.

     3.     Additionally, Defendant the Village of Palmetto Bay's representative is out of the country for the next two-and-a-half weeks. Defendant's counsel cannot schedule mediation until that representative returns in early July.

     4.     A one-month extension of the deadline to select a mediator and schedule mediation will afford the parties enough time to continue their conferral and agree on a suitable mediator. An extension will also permit Defendant to schedule mediation that it can attend.

     5.     The parties anticipate holding mediation before the Court's deadline of November 20, 2026, and the requested extension will not necessitate extending that deadline too.

     WHEREFORE, the parties request that the deadline to select a mediator and schedule a time, date, and place for mediation be extended to **July 17, 2026**.

Respectfully submitted June 17, 2026,

| | |
|---|---|
| */s/ Nicholas L.V. Warren* | */s/ Lourdes Espino Wydler* |
| Nicholas L.V. Warren (FBN 1019018) | Lourdes E. Wydler (FBN 719811) |
| Michelle M. Morton (FBN 81975) | **Wydler Law** |
| Samantha J. Past (FBN 1054519) | 1550 Madruga Avenue, Suite 400 |

1

Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
mmorton@aclufl.org
spast@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiff*

Coral Gables, FL 33146
(305) 446-5528
lew@wydlerlaw.com
guertty@wydlerlaw.com

*Counsel for Defendant*

2