UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 1:26-cv-22906-CMA

STEPHEN M. CODY,

     Plaintiff,

vs.

VILLAGE OF PALMETTO BAY,

     Defendant.

_____/

### **NOTICE OF MEDIATION[1]**

     Plaintiff, STEPHEN M. CODY and Defendant, VILLAGE OF PALMETTO BAY, by and through their undersigned counsel, and in compliance of this Court's Order Setting Bench Trial and Pre-Trial Schedule, dated May 28, 2026 [D.E. 16], hereby notifies the Court that the parties have selected Retired Judge Jerald Bagley, as the mediator and have scheduled the mediation to take place on **Wednesday, October 7, 2026, at 10:00 a.m.** via ZOOM.

     I HEREBY CERTIFY that on this 18th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        WYDLER LAW
                        *Attorneys for Defendant, Village of Palmetto Bay*
                        1550 Madruga Avenue
                        Suite 400
                        Coral Gables, FL 33146
                        (305) 446-5528
                        (786) 422-1373 (fax)

---

[1] The parties file this notice *nunc pro tunc* by 1 day despite the joint motion seeking relief for an extension of time to file the notice at a later date and apologize to the Court for the delay.

*Cody v. Village of Palmetto Bay*
*District Court Case Number1:26-cv-22906-CMA*
*Page **2** of **2***

BY /s/ Lourdes E. Wydler
      LOURDES E. WYDLER
      F.B.N.  719811
      lew@wydlerlaw.com
      Secondary email:
      guertty@wydlerlaw.com

## SERVICE LIST

Nicholas Lyndol Villacor Warren, Esq.
FBN: 1019018
nwarren@aclufl.org
(786) 363-1769
Caroline Andrews McNamara, Esq.
FBN: 1038312
cmcnamara@aclufl.org
(786) 363-1392
Samantha Jo Past, Esq.
FBN: 1054519
spast@aclufl.org
(786) 363-2738
Daniel Boaz Tilley, Esq.
FBN: 102882
dtilley@aclufl.org
(786) 363-2714
Michelle Morton, Esquire
FBN: 81975
mmorton@aclufl.org
(786) 363-1062
American Civil Liberties Union Foundation of Florida
4343 W. Flagler Street
Suite 400
Miami, FL 33134
(786) 363-1257 (fax)
**Counsel for Plaintiff**