UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 1:26-cv-22906-CMA

STEPHEN M. CODY

     Plaintiff,

vs.

VILLAGE OF PALMETTO BAY

     Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Judge Jerald Bagley, 201 Alhambra Cir, Coral Gables, FL 33134, on October 7, 2026, at 10:00 a.m. The mediation will take place via Zoom.

ENTERED this ___ day of _____, 20 ___.

_____
U.S. District Judge

Copies furnished:
All counsel of record