UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-22906-CIV-ALTONAGA/Reid

STEPHEN M. CODY,

     Plaintiff,

v.

VILLAGE OF PALMETTO BAY,

     Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Notice of Mediation [ECF No. 26], filed on June 18, 2026.  Being fully advised, it is **ORDERED** as follows:

1.  Plaintiff, Stephen M. Cody, and Defendant, Village of Palmetto Bay, shall appear for mediation by Zoom video conference before Jerald Bagley on **Wednesday, October 7, 2026**, at **10:00 a.m.**  The parties are reminded that they are required to file a mediation report within **seven (7) days** of the mediation.

2.  The parties' Joint Motion to Extend Mediator Selection Deadline **[ECF No. 25]** is **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of June, 2026.

CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:     counsel of record