**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1: 26-CV-22906-CMA**

STEPHEN M. CODY,

*Plaintiff*,

v.

VILLAGE OF PALMETTO BAY,

*Defendant*.

_________________________________/

**MEDIATION REPORT**
**PURSUANT TO S.D. FLA. L. R. 16.2 (F)**

The captioned case was mediated on Wednesday, October 7, 2026. Counsel participated for and with the Parties present. Mediation resulted in a resolution.

**THE UNDERSIGNED HEREBY CERTIFY** that on this 7th day of October 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court for the United States District Court, Southern District of Florida using the CM/ECF system to: Nicholas Warren, Esq. (NWarren@aclufl.org); Samantha Past, Esq. (SPast@aclufl.org) and Michelle Morton, Esq. (MMorton@aclufl.org); and Lourdes Espino Wydler, Esq. (lew@wydlerlaw.com).

By: **/s/Jerald Bagley**
JERALD BAGLEY, ESQ.
Florida Bar No. 0471283
FL. S. Ct. Certified Circuit/Family Court Mediator
504 Loretto Avenue
Coral Gables, FL 33134
(O) 786-238-7562 (M) 305-342-0530
E-Mail: jb@jbagleymediationservices.com