**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22906-CIV-ALTONAGA/Elfenbein**

**STEPHEN M. CODY**,

Plaintiff,

v.

**VILLAGE OF PALMETTO BAY**,

Defendant.
_________________________________/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Mediation Report [ECF No. 29], filed on October 7, 2026, which explains that the parties have settled this action. (*See generally id.*). The Court, having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may, by motion, request the Court to reopen the case within 60 days.

3. The Clerk shall **CLOSE** this case for administrative purposes only. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 7th day of October, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**