**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-22906-ALTONAGA

STEPHEN M. CODY,

*Plaintiffs*,

v.

VILLAGE OF PALMETTO BAY,

*Defendant*.

________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, STEPHEN M. CODY and VILLAGE OF PALMETTO BAY, stipulate to dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted October 26, 2026,

*<u>/s/ Nicholas L.V. Warren</u>*
Nicholas L.V. Warren (FBN 1019018)
Michelle M. Morton (FBN 81975)
Samantha J. Past (FBN 1054519)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
mmorton@aclufl.org
spast@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiff*

*<u>/s/ Lourdes Espino Wydler</u>*
Lourdes E. Wydler (FBN 719811)
**Wydler Law**
1550 Madruga Avenue, Suite 400
Coral Gables, FL 33146
(305) 446-5528
lew@wydlerlaw.com
guertty@wydlerlaw.com

*Counsel for Defendant*